Neal J. Fialkow (State Bar No. 74385)
nfialkow@pacbell.net
James S. Cahill (State Bar No. 70353)
jscahilllaw@aol.com
LAW OFFICES OF NEAL J. FIALKOW, INC.
215 North Marengo Avenue, Third Floor
Pasadena, California 91101
Telephone: (626) 584-6060
Facsimile:  (626) 584-2950

Attorney for Plaintiff, LAWRENCE PECK, an individual and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LAWRENCE J. PECK, an individual, appearing individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>              vs.<br><br>SWIFT TRANSPORTATION CO. ARIZONA, LLC   and DOES 1 through 30, inclusive,<br><br><br>        Defendants. | Case No.: 5:14-CV-02206-VAP-KK<br><br>*[Assigned For All Purposes to Hon. Judge Virginia A. Phillips]*<br><br>**CLASS ACTION**<br><br>**NOTICE OF ERRATA**<br><br><br>Complaint Removed: Oct. 24,2014 |

//
//
//
//
//
//
//

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

**PLEASE TAKE NOTICE** that Plaintiffs LAWRENCE J. PECK hereby provides notice of errata as follows:

On October 21, 2012, Document 26 and Document 26-1, was filed in error and should be disregarded. This filing applied to a different unrelated case before a different district court.

DATED: October 21, 2015          LAW OFFICE OF NEAL J. FIALKOW, INC.

By: _____/s/ James S. Cahill_____
                    Neal J. Fialkow
                    James S. Cahill
                    Attorney for Plaintiff, LAWRENCE
                    PECK, an individual and on behalf of all
                    others similarly situated