# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Lawrence J. Peck,

                Plaintiff,

v.

Swift Transportation Co. of Arizona, LLC et al.,

                Defendants.

**5:14-cv-02206 VAP (KKx)**

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

On November 17, 2017, the Court denied Plaintiff Lawrence J. Peck's Motion to Stay this case. (Doc. No. 42.) Since that time, no parties submitted any filings in the case.

Federal Rule of Civil Procedure 41(b) provides for involuntary dismissal of claims where a plaintiff either fails to prosecute or to comply with a court order. Fed. R. Civ. Pro. 41(b). "The district court has the inherent power *sua sponte* to dismiss a case for lack of prosecution." *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986); *see also Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted.") "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link*, 370 U.S. at 629-30.

1

The Court ORDERS Plaintiff to show cause in writing no later than January 22, 2019, why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

**IT IS SO ORDERED.**

Dated: 1/9/19

                                                   Virginia A. Phillips
                                                   Chief United States District Judge